

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2015

No. 04-15-00553-CV

**IN RE** Ruben **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Jason Pulliam, Justice

On September 8, 2015, real parties in interest filed a motion seeking reconsideration of this court's order granting a temporary stay of a court-ordered medical examination of relator in the underlying personal injury action. The court has considered the motion to reconsider and it is DENIED.

It is so **ORDERED** on September 9, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CVT-000742-D2, styled *Martin Garcia Jr. v. Ruben Gonzalez; Vision Construction Company, Inc.; Abel Alvarado Casillas; and Premier Eagle Ford Services, Inc.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Monica Z. Notzon presiding.